LUCIAN J. GRECO, JR., ESQ.
Nevada State Bar No. 10600
JARED G. CHRISTENSEN, ESQ.
Nevada State Bar No. 11538
DELEELA M. WEINERMAN, ESQ.
Nevada State Bar No. 13985
BREMER WHYTE BROWN & O'MEARA LLP
1160 N. TOWN CENTER DRIVE
SUITE 250
LAS VEGAS, NV 89144
TELEPHONE: (702) 258-6665
FACSIMILE: (702) 258-6662
lgreco@bremerwhyte.com
jchristensen@bremerwhyte.com
dweinerman@bremerwhyte.com

Attorneys for Defendant,
James River Insurance Company

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JUAN JOSE MARTINEZ, an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JAMES RIVER INSURANCE COMPANY, a Virginia Insurance Company, and DOES I-X, unknown persons,<br><br>　　　　Defendants. | Case No. 2:19-cv-01646-RFB-NJK<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, JUAN JOSE MARTINEZ, by and through his attorney of record, RYAN ALEXANDER, ESQ. and Defendant, JAMES RIVER INSURANCE COMPANY, by and through its attorneys of record, Lucian J. Greco, Esq., Jared G. Christensen, Esq., and Deleela M. Weinerman, Esq. of Bremer Whyte Brown & O'Meara, LLP, that all

///

///

///

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

1156.963  4851-6839-4691.2

of Plaintiff's claims against JAMES RIVER INSURANCE COMPANY be dismissed, with prejudice, the parties to each bear their own fees and costs.

Dated this     day of July, 2020.

BREMER WHYTE BROWN & O'MEARA, LLP

_____
Lucian J. Greco, Jr, Esq.
Nevada State Bar No. 10600
Jared G. Christensen, Esq.
Nevada State Bar No. 11538
Deleela M. Weinerman
Nevada State Bar No. 13985
Attorneys for Defendant,
James River Insurance Company

Dated this   day of July 2020.

RYAN ALEXANDER, CHTD

_____
Ryan Alexander, Esq.
Nevada Bar No. 10845
Attorney for Plaintiff,
Juan Jose Martinez

## ORDER

**IT IS SO ORDERED:**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 4th day of August, 2020.

The **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** in 2:19-cv-01646-RFB-NJK was submitted by:

BREMER WHYTE BROWN & O'MEARA LLP

_____
Lucian J. Greco, Jr, Esq.
Nevada State Bar No. 10600
Jared G. Christensen, Esq.
Nevada State Bar No. 11538
Deleela M. Ivey Weinerman, Esq.
Nevada State Bar No. 13985
Attorneys for Defendant,
James River Insurance Company

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

2

1156.963  4851-6839-4691.2